```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91  *** GRID G12 ***  PAGE 1
CR-85-00033-01    US-V-NADER                              CR-85-00033-01
                  as of 02/15/89 at 11:33 PM
```

Judge: JUDGE PENN                                Case Filed: 01/29/85

Defendant:
D1  NADER, GEORGE A                              Birthdate: 05/15/59

    Address: 2019 Connecticut Ave, NW
             Washington, DC

    Dft ID: -1689

    Defendant terminated: 07/30/86

    Terminated counts:                           Disposition
    Obscene mail -- Mailing                      (Counts 1-2) Dismissed on
    obscene matter, Aiding and                   court's motion (Motion to
    abetting such, 18:1461                       dismiss heard and concluded.
    (1), Obscene matter in                       Case dismissed. Deft.
    interstate commerce --                       discharged.). 07/30/86
    Importation of obscene
    matter, and aiding and
    abetting such, 18:1462,2
    (2)

    Offense Level (disposition): FEL

    Defense Counsel:
    HOFFMAN, RICHARD S
    839 seventeenth street, N. W.
    Washington, DC 20006

    POVICH, DAVID
    1000 HILL BUILDING, N.W.
    WASHINGTON, DC 20006
    331-5071

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91   *** GRID H12 ***
CR-85-00033-01                                                    PAGE 2
                    CR-85-00033-01
US-V-NADER
                    PROCEEDINGS

01/29/85   Filed indictment (Grand Jury Original.) (Dkt'd 02/01/85).
           Case assigned to JUDGE PENN (Dkt'd 02/01/85).
           - Category D. (Dkt'd 02/01/85).

02/05/85   Appearance of attorney MOOLENAAR, GWYNNETH M (Dkt'd
           02/07/85).

02/11/85   Arraignment held (Counts 1-2) (Dkt'd 02/13/85).
           Defendant appears with counsel. (Dkt'd 02/13/85).
           Defendant's first appearance (Dkt'd 02/13/85).
           Defendant enters plea of not guilty (Counts 1-2) (Dkt'd
           02/13/85).
           Motion made in open court  (MOT#1) (by defendant for
           release on personal recognizance.) (Dkt'd 02/13/85).
           Motion granted (MOT#1) (by defendant for release on
           personal recognizance.) (JUDGE PENN) (Dkt'd 02/13/85).
           Order defendant released on personal recognizance with
           conditions (JUDGE PENN) (Dkt'd 02/13/85).
           Status hearing set for 03/04/85 @ 9:30 AM (before Judge
           Penn. Defendant has until 3-4-85 to file motions.
           Defendant on personal recognizance. (Rep: C. Rebarick))
           (JUDGE PENN) (Dkt'd 02/13/85).

02/12/85   Order filed (Directing parties to appear for a status
           hearing on 3-4-85 at 9:30 AM. Directing defendant to file
           motions by 3-4-85. (N)) (JUDGE PENN) (Dkt'd 02/13/85).

02/27/85   Motion filed (MOT#2) (By defendant for extension of time
           for filing preliminary motions.) (Dkt'd 02/28/85).
           Mark the beginning of a potential excludable period of type
           X-E starting on 02/27/85 ((In re MOTFOD on 2-27-85)) (Dkt'd
           02/28/85).
           - Waiver of rights under speedy trial act. (Dkt'd 02/28/85).
           Appearance of POVICH, DAVID as attorney for defendant (As
           retained counsel.) (Dkt'd 02/28/85).
           Appearance of HOFFMAN, RICHARD S as attorney for defendant
           (As retained counsel.) (Dkt'd 02/28/85).

03/04/85   Status hearing held (Dkt'd 03/05/85).
           Motion granted (MOT#2) (by defendant for extension of
           time for filing preliminary motions.) (JUDGE PENN) (Dkt'd
           03/05/85).
           Status hearing set for 04/01/85 @ 9:30 AM (before Judge
           Penn. Defendant has until 3-25-85 to file motions.
           Court makes finding pursuant to Speedy Trial Act excluding
           time. Defendant on Personal Recognizance. (Rep: J.
           McGinn)) (JUDGE PENN) (Dkt'd 03/05/85).
           Excludable delay based on finding the ends of justice
```

US-V-NADER

| Date | PROCEEDINGS |
|---|---|
| | served by continuance began on 03/04/85 and ended on 04/01/85 (Dkt'd 03/05/85). |
| 03/13/85 | Order filed (Setting status hearing on 4-1-85 at 9:30 AM. Defendant to file motions by 3-22-85.) (N)) (JUDGE PENN) (Dkt'd 03/15/85). |
| 03/25/85 | Motion for continuance filed (MOT#3) (Stipulated motion for extension of time.) (Dkt'd 03/26/85). Mark the beginning of a potential excludable period of type X-E starting on 03/25/85 ((In re MOTFOD on 3-25-85)) (Dkt'd 03/26/85). |
| 03/26/85 | Order filed (Granting motion of defendant for an extencion of time to 4-1-85 to file motions excluding time from speedy trial act pursuant to 18:3161(h) (1)(I) and (h) (8). (N)) (JUDGE PENN) (Dkt'd 03/27/85). Motion for continuance granted (MOT#3). (Of defendant for extension of time.) (JUDGE PENN) (Dkt'd 03/27/85). Mark the beginning of a potential excludable period of type X-T1 starting on 03/26/85 ((In re MOTGRCO on 3-26-85)) (Dkt'd 03/28/85). |
| 04/01/85 | Status hearing held (Dkt'd 04/02/85). Status hearing set for 05/06/85 @ 10:00 AM (Motions hearing before Judge Penn. Government to file response to motions by 4-22-85. Defendant on personal recognizance. (Rep: J. McGinn)) (JUDGE PENN) (Dkt'd 04/02/85). Order filed (Directing defendant to submit to routine processing. (N)) (JUDGE PENN) (Dkt'd 04/02/85). Motion to suppress evidence filed (MOT#4) (Counts 1-2) (By defendant. Memorandum of law in support. Exhibits A,B,& C.) (Dkt'd 04/02/85). Mark the beginning of a potential excludable period of type X-E starting on 04/01/85 ((In re MOIFSE on 4-1-85)) (Dkt'd 04/02/85). Excludable delay due to hearings on Pretrial Motions began on 02/27/85 and ended on 03/04/85 (Dkt'd 04/09/85). Excludable delay due to hearings on Pretrial Motions began on 03/25/85 and ended on 04/09/85 (Dkt'd 04/09/85). Excludable delay based on finding the ends of justice served by continuance began on 03/26/85 and ended on 04/01/85 (Dkt'd 04/09/85). |
| 04/19/85 | Motion by government filed (MOT#5) (For enlargement of time in which to file motions.) (Dkt'd 04/22/85). Mark the beginning of a potential excludable period of type X-E starting on 04/19/85 ((In re MOTFGV on 4-19-85)) (Dkt'd 04/22/85). |

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91    *** GRID J12 ***
CR-85-00033-01                              CR-85-00033-01                 PAGE 4

              US-V-NADER                    PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| 04/24/85 | Memorandum in opposition to motion to suppress evidence. (MOT#4) (By government. EXHIBITS A-F.) (Dkt'd 05/01/85). |
| 04/30/85 | Order filed (Extending time to 4-24-85 for government to file responses to motions of defendant, nunc pro tunc. (N)) (JUDGE PENN) (Dkt'd 05/01/85) Motion by government granted (MOT#5) (JUDGE PENN) (Dkt'd 05/03/85). Excludable delay due to hearings on Pretrial Motions began on 04/19/85 and ended on 04/30/85 (Dkt'd 05/03/85). |
| 05/02/85 | - Reply brief in support of defendant's motion to suppress. EXHIBITS- D-F (Dkt'd 05/03/85). status hearing held (Hearing on violation of probation begun and resumed.) (Dkt'd 05/03/85). Status hearing continued to 06/03/85 @ 10:00 AM (Hearing on violation of probation before Judge Penn. Defendant continued on probation. (Rep: J. McGinn)) (JUDGE PENN) (Dkt'd 05/03/85). |
| 05/06/85 | Status hearing held (Dkt'd 05/07/85). Motion made in open court for continuance (MOT#6) (By defendant.) (Dkt'd 05/07/85). Motion for continuance granted. (MOT#6) (Of defendant.) (JUDGE PENN) (Dkt'd 05/07/85). Status hearing set for 05/07/85 @ 9:30 AM (Motions Hearing before Judge Penn. Defendant on personal recognizance. (Rep: J. McGinn). (JUDGE PENN) (Dkt'd 05/07/85). Order filed (Directing defendant to call counsel when defendant is not in the United States, and counsel to call Pretrial Services. (N)) (JUDGE PENN) (Dkt'd 05/07/85). |
| 05/07/85 | Status hearing held (Dkt'd 05/09/85). Motion to suppress evidence taken under advisement (MOT#4) (By defendant.) (Dkt'd 05/09/85). Mark the beginning of a potential excludable period of type X-G starting on 05/07/85 ((In re MOTADVSE on 5-7-85)) (Dkt'd 05/09/85). Excludable delay due to hearings on Pretrial Motions began on 04/01/85 and ended on 05/07/85 (Dkt'd 05/09/85). Status hearing set for 06/07/85 @ 9:30 AM (Before Judge Penn. Defendant on personal recognizance. (Rep: J. McGinn) (JUDGE PENN) (Dkt'd 05/09/85). |
| 05/13/85 | Memorandum in opposition to motion to suppress evidence. (MOT#4) (Supplemental memorandum by government.) (Dkt'd 05/14/85). |
| 05/21/85 | - (MOT#4) (Defendant's response to government's |

```
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91   *** GRID K12 ***
CR-85-00033-01                              CR-85-00033-01              PAGE 5

              US-v-NADER            PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | supplemental memorandum in opposition to the motion to suppress.) (Dkt'd 05/24/85). |
| 06/06/85 | Excludable delay while defendant motion under advisement began on 05/07/85 and ended on 06/06/85 (Dkt'd 06/18/85). |
| 06/17/85 | Status hearing held (Defendant not present.) (Dkt'd 06/18/85); Status hearing set for 08/05/85 @ 9:30 AM (before Judge Penn. (Rep: J. McGinn)) (Dkt'd 06/18/85). |
| 11/07/85 | Order filed (Granting in part and denying in part motion to suppress. Denying motion to suppress if ems described with particularity in warrant. Granting remainder of motion to suppress. Directing parties to appear for purpose of scheduling hearing on motion to suppress statements and to set a trial date on a date to be set. (N)) (JUDGE PENN) (Dkt'd 11/08/85). Motion to suppress evidence granted in part; denied in part (MOT#4) (Of defendant.) (JUDGE PENN) (Dkt'd 11/08/85). |
| 11/14/85 | Memorandum opinion (Counts 1-2) ((N)) (JUDGE PENN) (Dkt'd 11/15/85). |
| 11/18/85 | Motion by government filed (MOT#7) (to consolidate the final orders on defendant's motion to suppress evidence and statements.) (Dkt'd 11/19/85). Mark the beginning of a potential excludable period of type X-E starting on 11/18/85 ((In re MOTFGV on 11-18-85)) (Dkt'd 11/19/85). |
| 12/06/85 | Order filed (Order finding, order of 11-7-85 not a final order and shall become final upon ruling on motion to suppress statements. (N)) (JUDGE PENN) (Dkt'd 12/09/85). |
| 12/10/85 | - Supplemental memorandum in support of motion to suppress statements. (Dkt'd 12/12/85). |
| 01/17/86 | Status hearing reset to 02/07/86 @ 10:00 AM (Motions hearing before Judge Penn.) (Dkt'd 01/21/86). |
| 02/07/86 | Status hearing held (Dkt'd 02/10/86). Status hearing set for 02/10/86 @ 1:30 PM (Motions hearing on defendant's motion to suppress before Judge Penn. Defendant on personal recognizance. (Rep: H. Deutsch)) (JUDGE PENN) (Dkt'd 02/10/86). |
| 02/10/86 | Status hearing held (Motions hearing.) (Dkt'd 02/12/86). Status hearing held (Hearing on motion to suppress |

```
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91  *** GRID L12 ***
CR-85-00033-01                              CR-85-00033-01                   PAGE 6

           US-V-NADER                  PROCEEDINGS

              statements resumed.) (Dkt'd 02/13/86).
              Motion to suppress evidence  (MOT#4) reopened (Dkt'd
              02/13/86).
              Motion to suppress evidence taken under advisement   (MOT#4)
              (by defendant to suppress statements. Defendant on
              personal recognizance. (Rep: H. Deutsch)) (JUDGE PENN)
              (Dkt'd 02/13/86).
              Mark the beginning of a potential excludable period of type
              X-G starting on 02/10/86 ((In re MOTADVSE on 2-10-86))
              (Dkt'd 02/13/86).

03/27/86      Excludable delay while defendant motion under advisement
              began on 02/10/86 and ended on 03/10/86 (Dkt'd 04/01/86).
              Mark the beginning of a potential excludable period of type
              X-E starting on 04/01/85 ((In re MOTFSE on 4-1-85)) (Dkt'd
              04/09/86).

04/07/86      Status hearing held (Dkt'd 04/09/86).
              Trial date set for 05/28/86 @ 10:00 AM (Counts 1-2) (Before
              Judge Penn. Defendant on personal recognizance. (Rep: H.
              Deutsch)) (JUDGE PENN) (Dkt'd 04/09/86).

05/13/86      Order filed (Denying motion of defendant to suppress
              statements.  (N)) (JUDGE PENN) (Dkt'd 05/15/86).
              Motion to suppress evidence denied (MOT#4) (Of defendant.)
              (JUDGE PENN) (Dkt'd 05/15/86).
              Excludable delay due to hearings on Pretrial Motions began
              on 04/01/85 and ended on 05/15/86 (Dkt'd 05/15/86).

05/16/86    - Memorandum. (Dkt'd 05/20/86).

05/19/86      Motion for continuance filed  (MOT#8) (By government.)
              (Dkt'd 05/20/86).
              Mark the beginning of a potential excludable period of type
              X-E starting on 05/19/86 ((In re MOTFCO on 5-19-86)) (Dkt'd
              05/20/86).

05/28/86      Waiver of jury trial (Counts 1-2) (By defendant.) (Dkt'd
              06/04/86).

05/29/86      Status hearing held (Dkt'd 06/04/86).
              Motion for continuance filed. (MOT#9) (by Govt. for
              continuance of trial.) (Dkt'd 06/04/86).
              Motion for continuance granted (MOT#9) (for continuance of
              trial.) (JUDGE PENN) (Dkt'd 06/04/86).
              Excludable delay based on finding the ends of justice
              served by continuance began on 05/29/86 and ended on
              07/22/86 (Dkt'd 06/04/86).
              Motion made in open court   (MOT#10) (by deft. for trial by
```

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91    *** GRID M12 ***
CR-85-00033-01                                  CR-85-00033-01              PAGE 7

CR-85-00033-01   US-V-NADER                PROCEEDINGS
```

|          |                                                                                                                                                                                                                                                                                                                                                    |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Court.) (Dkt'd 06/04/86). Motion taken under advisement. (MOT#10) (by deft. for trial by Court.) (JUDGE PENN) (Dkt'd 06/04/86). Trial date reset to 07/22/86 @ 10:00 AM (Counts 1-2) (Deft. Per recog. (Rep: H. Deutsch)) (JUDGE PENN) (Dkt'd 06/04/86).                                                                                              |
| 06/11/86 | Filed defendant's proposed jury instructions (Counts 1-2) (Dkt'd 06/16/86). Filed government's proposed jury instructions (Counts 1-2) (Dkt'd 06/16/86).                                                                                                                                                                                             |
| 06/19/86 | Filed transcript of proceedings for 02/07/86 (Pages 1-207. (Rep: H. Deutsch)) (Dkt'd 06/24/86). Filed transcript of proceedings for 02/10/86 (Pages 208-289. (Rep: H. Deutsch)) (Dkt'd 06/24/86). Excludable delay while defendant motion under advisement began on 05/29/86 and ended on 06/29/86 (Dkt'd 06/25/86).                                  |
| 07/14/86 | Motion for continuance filed (MOT#11) (by Govt for continuance of trial.) (Dkt'd 07/16/86).                                                                                                                                                                                                                                                         |
| 07/15/86 | Filed jury instructions (Supplemental Proposed Jury Instruction by deft.) (Dkt'd 07/23/86).                                                                                                                                                                                                                                                         |
| 07/22/86 | Motion in limine filed (MOT#12) (Counts 1-2) (by deft, in limine regarding use of the seized material. Memorandum in support.) (Dkt'd 07/31/86). Mark the beginning of a potential excludable period of type X-E starting on 07/22/86 ((In re MOTFLI on 7/22/86)) (Dkt'd 07/31/86).                                                                   |
| 07/24/86 | Memorandum in opposition to motion in limine (MOT#12) (Dkt'd 08/02/86). - Opposition to motion to strike prejudicial surplusage in indictment. (Dkt'd 08/02/86).                                                                                                                                                                                    |
| 07/25/86 | Defendant's requested voir dire (Dkt'd 08/04/86).                                                                                                                                                                                                                                                                                                   |
| 07/28/86 | Government's requested voir dire (Govt's Proposed Voir Dire Questions.) (Dkt'd 08/05/86). Attorney MOOLENAAR, GWYNNETH M deleted from case (Praecipe filed withdrawing the appearance of Gwynneth M. Moolenaar as counsel for deft.) (Dkt'd 08/05/86). Appearance of attorney HOFFMAN, RICHARD S (as of 2/27/85 as counsel for deft.) (Dkt'd 08/05/86). Appearance of attorney POVICH, DAVID (as counsel for deft as of 2/5/85) (Dkt'd 08/05/86). Motion to suppress evidence filed (NOT#13) (Counts 1-2) |

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91    *** GRID N12 ***
CR-85-00033-01                                    CR-85-00033-01      PAGE 8

US-V-NADER                PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | (by deft. to exclude evidence. Memorandum of Law in Support.) (Dkt'd 08/05/86). Mark the beginning of a potential excludable period of type X-E starting on 07/28/86 ((In re MOTFSE on 7/28/86)) (Dkt'd 08/05/86). Motion filed (MOT#14) (by deft. to strike prejudicial surplusage in indictment. Memorandum of Law in Support.) (Dkt'd 08/05/86). |
| 07/29/86 | Status hearing held (Motions hearing.) (Dkt'd 08/06/86). Motion for judgment of acquittal filed (MOT#15) (Counts 1-2) (by deft.) (Dkt'd 08/05/86). Motion in limine, for judgment of acquittal, and taken under advisement. (MOT#'s 12,14,15) (hard and taken under advisement.) (JUDGE PENN) (Dkt'd 08/06/86). Voir dire begins-jury (Counts 1-2) (Jury selection begun and respited.) (Dkt'd 08/06/86). Trial held-jury (Counts 1-2) (Dkt'd 08/06/86). Jury trial adjourned to 07/30/86 @ 11:00 AM (Counts 1-2) (Respited. Deft. per. recog. (Rep: H. Deutsch) (JUDGE PENN) (Dkt'd 08/06/86). |
| 07/30/86 | Status hearing held (Motion to dismiss resumed and concluded. Case dismissed. Deft. discharged. Prospective jurors discharged. (Rep: H. Deutsch)) (JUDGE PENN) (Dkt'd 08/09/86). Dismissed on court's motion (Counts 1-2) (Motion to dismiss heard and concluded. Case dismissed. Deft. discharged.) (JUDGE PENN) (Dkt'd 08/09/86). Excludable delay due to hearings on Pretrial Motions began on 11/18/85 and ended on 07/30/86 (Dkt'd 08/09/86). Excludable delay due to hearings on Pretrial Motions began on 05/19/86 and ended on 07/30/86 (Dkt'd 08/09/86). Excludable delay due to hearings on Pretrial Motions began on 07/22/86 and ended on 07/30/86 (Dkt'd 08/09/86). Excludable delay due to hearings on Pretrial Motions began on 07/28/86 and ended on 07/30/86 (Dkt'd 08/09/86). |
| 08/06/86 | Filed transcript of proceedings for 07/30/86 (Pages 1 through 64. (Rep: H. Deutsch)) (Dkt'd 08/14/86). Filed transcript of proceedings for 07/29/86 (Pages 1 through 66. (Rep: H. Deutsch)) (Dkt'd 08/14/86). |
| 08/26/86 | Motion by government filed (MOT#16) (to reconsider or reinstate the indictment.) (Dkt'd 09/02/86). |
| 09/11/86 | Memorandum in opposition to motion by government (MOT#16) (Deft's opposition to Govt's motion to reconsider.) (Dkt'd 09/18/86). |

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/9*  *** GRID 012 ***  PAGE 9
CR-85-00033-01                               CR-85-00033-01

            US-V-NADER              PROCEEDINGS

11/24/86    Order filed (denying motion of Government for
            reconsideration. (N)) (JUDGE PENN) (Dkt'd 12/17/86).
            Motion by government denied (MOT#16) (JUDGE PENN) (Dkt'd
            12/17/86).
............................................................

End of docket
```