UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 8, 1984

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL NO.: '85-00033 |
| v. : | GRAND JURY ORIGINAL |
| GEORGE A. NADER : | VIOLATION: 18 U.S. Code Section 1461 |
| : | (Mailing Obscene Matter) |
| | 18 U.S. Code Section 1462 |
| | (Importation of Obscene Matter) |
| | 18 U.S. Code Section 2 |
| | (Aiding and Abetting) |

I N D I C T M E N T

FILED IN OPEN COURT
JAN 29 1985
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges:

### COUNT ONE

Between on or about March 27, 1984, and on or about April 12, 1984, within the District of Columbia, GEORGE A. NADER, knowingly did use and caused to be used the mails for the mailing, carriage in the mails and delivery of certain non-mailable matter that is a certain envelope addressed to Mr. S. Nader, c/o International Insight, 2019 Connecticut Avenue, N.W., Washington, D.C., containing copies of obscene, lewd, lascivious and filthy magazines, pictures and films, commonly known as "child pornography".

(Violation of Title 18, U.S. Code, Sections 1461 and 2).

ORIGINAL

## COUNT TWO

On or about March 27, 1984, within the District of Columbia, GEORGE A. NADER, did knowingly bring and cause to be brought into the United States certain non-importable matter, that is, certain obscene, lewd, lascivious and filthy magazines, pictures and films, commonly known as "child pornography".

(Violation of Title 18, U.S. Code, Sections 1462 and 2).

A TRUE BILL:

*Jesse R Nettles*

FOREPERSON.

*Joseph E. diGenova*
Attorney of the United States In
and for the District of Columbia