UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 24 1986
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Criminal No. 85-33

GEORGE A. NADER

ORDER

This comes before the Court on the Government's Motion for Reconsideration of the Court's Order dismissing the claims against the defendant. After giving careful consideration to the motion, the opposition thereto and the record in this case, the Court concludes that the motion for reconsideration should be denied for the reasons set forth in the memorandum to be filed.

In view of the above, it is hereby

ORDERED that the Government's motion for reconsideration is denied.

Dated: NOV 24 1986

JOHN GARRETT PENN
United States District Judge